[No. 8286–8–I. Division One. December 28, 1981.]

KATHRYN E. WALTON, *Plaintiff*, v. J. A.
SEVERSON, ET AL, *Respondents*.

DUWAMISH HEIGHTS JOINT VENTURE, *Appellant,*
v. FLOYD F. FULLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 783925, Peter K. Steere, J., entered December 3, 1979. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Williams, J.

[No. 9269–3–I. Division One. December 28, 1981.]

*In the Matter of the Welfare of*
PAUL D. GRISSOM.

Appeal from a judgment of the Superior Court for King County, No. J–78487, David C. Hunter, J., entered August 4, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by James, C.J., and Andersen, J.

[No. 8332–5–I. Division One. December 28, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
CHARLES GROVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78732, Robert W. Winsor, J., entered December 10, 1979. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Callow, J.